CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
  *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>       v.<br><br>EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company,<br><br>              Defendants. | Case No. CV 13-00446 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Nathanael M. Cousins<br><br>Original CMC Date: May 1, 2013, at 10:00 a.m.<br><br>Proposed CMC Date: June 5, 2013, at 10:00 a.m. |

Plaintiff Lodgepole Investments, LLC ("Lodgepole Investments") and Defendant Monaco Development, LLC ("Monaco"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Lodgepole Investments filed this lawsuit on January 31, 2013;

WHEREAS, on January 31, 2013, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, and scheduled the Initial Case Management Conference for May 1, 2013, at 10:00 a.m.;

WHEREAS, on February 6, 2013, Defendants Edward Gennady Barsky and St. Tropez Capital, LLC filed a Notice of Automatic Stay of this lawsuit, pursuant to 11 U.S.C. § 362(a) and based on their filing of voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy Court, Central District of California;

WHEREAS the automatic stay has no application to the claims brought against Monaco, which has not filed a bankruptcy petition;

WHEREAS, Lodgepole Investments and Defendants are engaged in settlement negotiations that would fully resolve this action;

NOW THEREFORE, Lodgepole Investments and Monaco hereby stipulate and agree that, subject to the Court's approval, the Initial Case Management Conference shall be continued to June 5, 2013, at 10:00 a.m., and that all other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

DATED: April 25, 2013			Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC


By _____/S/_____
JEFFREY M. HAMMER
Attorneys for LODGEPOLE INVESTMENTS, LLC

1  DATED: April 25, 2013                Respectfully submitted,

2

3                                       By        /S/
4                                            MAKSYM CHERNIAVSKYI, managing
                                          member of MONACO DEVELOPMENT, LLC
5

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  DATED:       April 26, 2013

9                                              The Honorable Nathanael M. Cousins
                                                United States District Court Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins (United States District Court, Northern District of California)*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatory to this document.

DATED: April 25, 2013            Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC


By          /S/
       JEFFREY M. HAMMER
   Attorneys for LODGEPOLE INVESTMENTS, LLC

CALDWELL
LESLIE &
PROCTOR

-3-                                                      CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE