CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
  *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 13-00446 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Nathanael M. Cousins<br><br>Current CMC Date: June 5, 2013, at 10:00 a.m.<br><br>Proposed CMC Date: July 10, 2013, at 10:00 a.m. |

1    Plaintiff Lodgepole Investments, LLC ("Lodgepole Investments") and Defendant Monaco
2  Development, LLC ("Monaco"), by and through their undersigned counsel, hereby stipulate as
3  follows:
4    WHEREAS Lodgepole Investments filed this lawsuit on January 31, 2013;
5    WHEREAS, on January 31, 2013, the Court issued an Order Setting Initial Case
6  Management Conference and ADR Deadlines, and scheduled the Initial Case Management
7  Conference for May 1, 2013, at 10:00 a.m.;
8    WHEREAS, on February 6, 2013, Defendants Edward Gennady Barsky and St. Tropez
9  Capital, LLC filed a Notice of Automatic Stay of this lawsuit, pursuant to 11 U.S.C. § 362(a) and
10 based on their filing of voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy
11 Court, Central District of California;
12   WHEREAS the automatic stay has no application to the claims brought against Monaco,
13 which has not filed a bankruptcy petition;
14   WHEREAS, on April 26, 2013, pursuant to the parties' stipulation, the Court entered an
15 Order continuing the Initial Case Management Conference to June 5, 2013, at 10:00 a.m., and
16 continued all other deadlines set forth in the Court's Order Setting Initial Case Management
17 Conference (Dkt. No. 7);
18   WHEREAS, Lodgepole Investments and Defendants have made significant progress in
19 settlement negotiations that would fully resolve this action, but have not yet reached an agreement
20 regarding the final terms of a settlement;
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CALDWELL
LESLIE &
PROCTOR

-1-                           CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  NOW THEREFORE, Lodgepole Investments and Monaco hereby stipulate and agree that,
2  subject to the Court's approval, the Initial Case Management Conference shall be continued to
3  July 10, 2013, at 10:00 a.m., and that all other deadlines set forth in the Court's Order Setting
4  Initial Case Management Conference and ADR Deadlines are continued accordingly. The parties shall
5  file their case management statement and consent or declination no later than July 3, 2013.

6  DATED: May 30, 2013                Respectfully submitted,

7                                      CALDWELL LESLIE & PROCTOR, PC

9                                      By        /S/
10                                         JEFFREY M. HAMMER
                                       Attorneys for LODGEPOLE INVESTMENTS, LLC

14  DATED: May 30, 2013                Respectfully submitted,

16                                      By        /S/
                                          MAKSYM CHERNIAVSKYI, managing
17                                      member of MONACO DEVELOPMENT, LLC

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21  DATED:  May 30, 2013
                                        The Honorable Nathanael M. Cousins
22                                      United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Signature: Judge Nathanael M. Cousins]*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatory to this document.

DATED: May 30, 2013                    Respectfully submitted,

                                       CALDWELL LESLIE & PROCTOR, PC


                                       By _____/S/_____
                                           JEFFREY M. HAMMER
                                       Attorneys for LODGEPOLE INVESTMENTS, LLC

CALDWELL LESLIE & PROCTOR