CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
  *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 13-00446 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br>The Hon. Nathanael M. Cousins<br><br>Current CMC Date: July 10, 2013, at 10:00 a.m.<br><br>Proposed CMC Date: August 14, 2013, at 10:00 a.m. |

1   Plaintiff Lodgepole Investments, LLC ("Lodgepole Investments") and Defendant Monaco
2   Development, LLC ("Monaco"), by and through their undersigned counsel, hereby stipulate as
3   follows:
4   WHEREAS Lodgepole Investments filed this lawsuit on January 31, 2013;
5   WHEREAS, on January 31, 2013, the Court issued an Order Setting Initial Case
6   Management Conference and ADR Deadlines, and scheduled the Initial Case Management
7   Conference for May 1, 2013, at 10:00 a.m.;
8   WHEREAS, on February 6, 2013, Defendants Edward Gennady Barsky and St. Tropez
9   Capital, LLC filed a Notice of Automatic Stay of this lawsuit, pursuant to 11 U.S.C. § 362(a) and
10  based on their filing of voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy
11  Court, Central District of California;
12  WHEREAS the automatic stay has no application to the claims brought against Monaco,
13  which has not filed a bankruptcy petition;
14  WHEREAS, on April 26, 2013, pursuant to the parties' stipulation, the Court entered an
15  Order continuing the Initial Case Management Conference to June 5, 2013, at 10:00 a.m., and
16  continued all other deadlines set forth in the Court's Order Setting Initial Case Management
17  Conference (Dkt. No. 7);
18  WHEREAS, on May 30, 2013, pursuant to the parties' stipulation and in light of the
19  significant progress made in settlement negotiations by Lodgepole Investments and Defendants,
20  the Court entered an Order continuing the Initial Case Management Conference to July 10, 2013,
21  at 10:00 a.m., and continued all other deadlines set forth in the Court's Order Setting Initial Case
22  Management Conference (Dkt. No. 9);
23  WHEREAS, Lodgepole Investments and Defendants have reached a settlement in principle
24  that will fully resolve this action, and are working to finalize the written terms of such settlement;
25  ///
26  ///
27  ///
28

1  NOW THEREFORE, Lodgepole Investments and Monaco hereby stipulate and agree that,

2  subject to the Court's approval, the Initial Case Management Conference shall be continued to

3  August 14, 2013, at ~~10:00 a.m.~~ 3:00 p.m., and that all other deadlines set forth in the Court's Order Setting

4  Initial Case Management Conference and ADR Deadlines are continued accordingly.

6  DATED: July 8, 2013                    Respectfully submitted,

7                                          CALDWELL LESLIE & PROCTOR, PC

9                                          By        /S/
10                                            JEFFREY M. HAMMER
                                            Attorneys for LODGEPOLE INVESTMENTS, LLC

14  DATED: July 8, 2013                    Respectfully submitted,

16                                          By        /S/
17                                            MAKSYM CHERNIAVSKYI, managing
                                            member of MONACO DEVELOPMENT, LLC

Parties shall file a joint case management statement and consent or declination by August 7, 2013.
**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case Management Conference is continued to August 14, 2013 at 3:00 p.m.

DATED: _____July 8, 2013_____          _____
                                          The Honorable Nathanael M. Cousins
                                          United States District Court Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

-2-                                                          CV 13-00446 NC
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatory to this document.

DATED: July 8, 2013                    Respectfully submitted,

                                          CALDWELL LESLIE & PROCTOR, PC


                                          By      /S/
                                               JEFFREY M. HAMMER
                                        Attorneys for LODGEPOLE INVESTMENTS, LLC