CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
   *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
   *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
   *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
   *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company, <br><br> Defendants. | Case No. CV 13-00446 NC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED <br> The Hon. Nathanael M. Cousins <br><br> Current CMC Date: July 10, 2013, at 10:00 a.m. <br><br> Proposed CMC Date: August 14, 2013, at 10:00 a.m. |

CALDWELL
LESLIE &
PROCTOR

Plaintiff Lodgepole Investments, LLC ("Lodgepole Investments") and Defendant Monaco Development, LLC ("Monaco"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Lodgepole Investments filed this lawsuit on January 31, 2013;

WHEREAS, on January 31, 2013, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, and scheduled the Initial Case Management Conference for May 1, 2013, at 10:00 a.m.;

WHEREAS, on February 6, 2013, Defendants Edward Gennady Barsky and St. Tropez Capital, LLC filed a Notice of Automatic Stay of this lawsuit, pursuant to 11 U.S.C. § 362(a) and based on their filing of voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy Court, Central District of California;

WHEREAS the automatic stay has no application to the claims brought against Monaco, which has not filed a bankruptcy petition;

WHEREAS, on April 26, 2013, pursuant to the parties' stipulation, the Court entered an Order continuing the Initial Case Management Conference to June 5, 2013, at 10:00 a.m., and continued all other deadlines set forth in the Court's Order Setting Initial Case Management Conference (Dkt. No. 7);

WHEREAS, on May 30, 2013, pursuant to the parties' stipulation and in light of the significant progress made in settlement negotiations by Lodgepole Investments and Defendants, the Court entered an Order continuing the Initial Case Management Conference to July 10, 2013, at 10:00 a.m., and continued all other deadlines set forth in the Court's Order Setting Initial Case Management Conference (Dkt. No. 9);

WHEREAS, Lodgepole Investments and Defendants have reached a settlement in principle that will fully resolve this action, and are working to finalize the written terms of such settlement;

///

///

///

1        NOW THEREFORE, Lodgepole Investments and Monaco hereby stipulate and agree that,

2  subject to the Court's approval, the Initial Case Management Conference shall be continued to

3  August 14, 2013, at ~~10:00 a.m.~~ 3:00 p.m., and that all other deadlines set forth in the Court's Order Setting

4  Initial Case Management Conference and ADR Deadlines are continued accordingly.

5

6  DATED: July 8, 2013         Respectfully submitted,

7                     CALDWELL LESLIE & PROCTOR, PC

8

9                     By             /S/

10                     JEFFREY M. HAMMER
                      Attorneys for LODGEPOLE INVESTMENTS, LLC

11

12

13

14  DATED: July 8, 2013         Respectfully submitted,

15

16                    By             /S/

17                    MAKSYM CHERNIAVSKYI, managing
                    member of MONACO DEVELOPMENT, LLC

18

19  Parties shall file a joint case management statement and consent or declination by August 7, 2013.
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case Management Conference is
    continued to August 14, 2013 at 3:00 p.m.

20

21  DATED:        July 8, 2013

22                    The Honorable Nathanael M. Cousins
                    United States District Court Magistrate Judge

23

24                  IT IS SO ORDERED
                  AS MODIFIED
                  Judge Nathanael M. Cousins

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatory to this document.

DATED: July 8, 2013                      Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC


By  _____/S/_____
              JEFFREY M. HAMMER
    Attorneys for LODGEPOLE INVESTMENTS, LLC

-3-                              CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE