CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
  *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 13-00446 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED.<br>The Hon. Nathanael M. Cousins<br><br>Current CMC Date: August 14, 2013, at 3:00 p.m.<br><br>Proposed CMC Date: September 25, 2013, at 10:00 a.m. |

1  Plaintiff Lodgepole Investments, LLC ("Lodgepole Investments") and Defendant Monaco
2  Development, LLC ("Monaco"), by and through their undersigned counsel, hereby stipulate as
3  follows:
4  WHEREAS Lodgepole Investments filed this lawsuit on January 31, 2013;
5  WHEREAS, on January 31, 2013, the Court issued an Order Setting Initial Case
6  Management Conference and ADR Deadlines, and scheduled the Initial Case Management
7  Conference for May 1, 2013, at 10:00 a.m.;
8  WHEREAS, on February 6, 2013, Defendants Edward Gennady Barsky and St. Tropez
9  Capital, LLC filed a Notice of Automatic Stay of this lawsuit, pursuant to 11 U.S.C. § 362(a) and
10  based on their filing of voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy
11  Court, Central District of California;
12  WHEREAS the automatic stay has no application to the claims brought against Monaco,
13  which has not filed a bankruptcy petition;
14  WHEREAS, on April 26, 2013, pursuant to the parties' stipulation, the Court entered an
15  Order continuing the Initial Case Management Conference to June 5, 2013, at 10:00 a.m., and
16  continued all other deadlines set forth in the Court's Order Setting Initial Case Management
17  Conference (Dkt. No. 7);
18  WHEREAS, on May 30, 2013, pursuant to the parties' stipulation and in light of the
19  significant progress made in settlement negotiations by Lodgepole Investments and Defendants,
20  the Court entered an Order continuing the Initial Case Management Conference to July 10, 2013,
21  at 10:00 a.m., and continued all other deadlines set forth in the Court's Order Setting Initial Case
22  Management Conference (Dkt. No. 9);
23  WHEREAS, on July 8, 2013, pursuant to the parties' stipulation and in light of the
24  significant progress made in settlement negotiations by Lodgepole Investments and Defendants,
25  the Court entered an Order continuing the Initial Case Management Conference to August 14,
26  2013, at 3:00 p.m., and continued all other deadlines set forth in the Court's Order Setting Initial
27  Case Management Conference (Dkt. No. 11);
28

1  WHEREAS, Lodgepole Investments and Defendants have reached a settlement in principle

2  that will fully resolve this action, and are working to finalize the written terms of such settlement;

3  NOW THEREFORE, Lodgepole Investments and Monaco hereby stipulate and agree that,

4  subject to the Court's approval, the Initial Case Management Conference shall be continued to

5  September 25, 2013, at 10:00 a.m., and that all other deadlines set forth in the Court's Order

6  Setting.  Initial Case Management Conference and ADR Deadlines are continued accordingly.

7

8  DATED: August 7, 2013                Respectfully submitted,

9                                        CALDWELL LESLIE & PROCTOR, PC

10

11                                       By         /S/
                                              ROBYN C. CROWTHER
12                                       Attorneys for LODGEPOLE INVESTMENTS, LLC

13

14

15

16  DATED: August 7, 2013                Respectfully submitted,

17

18                                       By         /S/
                                              MAKSYM CHERNIAVSKYI, managing
19                                         member of MONACO DEVELOPMENT, LLC

20  Joint case management statement due September 18, 2013. Defendant shall file their consent form
    or request reassignment NO LATER than September 18, 2013.

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22
    DATED:        August 23, 2013
23                                       _____
                                         The Honorable Nathanael M. Cousins
24                                       United States District Court Magistrate Judge

25  [Stamp: IT IS SO ORDERED AS MODIFIED / Judge Nathanael M. Cousins]

26

27

28

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatory to this document.

DATED: August 7, 2013  Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC


By       /S/
     ROBYN C. CROWTHER
Attorneys for LODGEPOLE INVESTMENTS, LLC

CALDWELL LESLIE & PROCTOR

4834-0436-5333.1

-3-

CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE