CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
  *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 13-00446 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED.<br>The Hon. Nathanael M. Cousins<br><br>Current CMC Date: August 14, 2013, at 3:00 p.m.<br><br>Proposed CMC Date: September 25, 2013, at 10:00 a.m. |

CALDWELL
LESLIE &
PROCTOR

4834-0436-5333.1

CV 13-00446 NC
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1    Plaintiff Lodgepole Investments, LLC ("Lodgepole Investments") and Defendant Monaco

2 Development, LLC ("Monaco"), by and through their undersigned counsel, hereby stipulate as

3 follows:

4    WHEREAS Lodgepole Investments filed this lawsuit on January 31, 2013;

5    WHEREAS, on January 31, 2013, the Court issued an Order Setting Initial Case

6 Management Conference and ADR Deadlines, and scheduled the Initial Case Management

7 Conference for May 1, 2013, at 10:00 a.m.;

8    WHEREAS, on February 6, 2013, Defendants Edward Gennady Barsky and St. Tropez

9 Capital, LLC filed a Notice of Automatic Stay of this lawsuit, pursuant to 11 U.S.C. § 362(a) and

10 based on their filing of voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy

11 Court, Central District of California;

12    WHEREAS the automatic stay has no application to the claims brought against Monaco,

13 which has not filed a bankruptcy petition;

14    WHEREAS, on April 26, 2013, pursuant to the parties' stipulation, the Court entered an

15 Order continuing the Initial Case Management Conference to June 5, 2013, at 10:00 a.m., and

16 continued all other deadlines set forth in the Court's Order Setting Initial Case Management

17 Conference (Dkt. No. 7);

18    WHEREAS, on May 30, 2013, pursuant to the parties' stipulation and in light of the

19 significant progress made in settlement negotiations by Lodgepole Investments and Defendants,

20 the Court entered an Order continuing the Initial Case Management Conference to July 10, 2013,

21 at 10:00 a.m., and continued all other deadlines set forth in the Court's Order Setting Initial Case

22 Management Conference (Dkt. No. 9);

23    WHEREAS, on July 8, 2013, pursuant to the parties' stipulation and in light of the

24 significant progress made in settlement negotiations by Lodgepole Investments and Defendants,

25 the Court entered an Order continuing the Initial Case Management Conference to August 14,

26 2013, at 3:00 p.m., and continued all other deadlines set forth in the Court's Order Setting Initial

27 Case Management Conference (Dkt. No. 11);

28

CALDWELL
LESLIE &
PROCTOR

4834-0436-5333.1
-1-                                CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1    WHEREAS, Lodgepole Investments and Defendants have reached a settlement in principle

2  that will fully resolve this action, and are working to finalize the written terms of such settlement;

3    NOW THEREFORE, Lodgepole Investments and Monaco hereby stipulate and agree that,

4  subject to the Court's approval, the Initial Case Management Conference shall be continued to

5  September 25, 2013, at 10:00 a.m., and that all other deadlines set forth in the Court's Order

6  Setting.  Initial Case Management Conference and ADR Deadlines are continued accordingly.

7

8  DATED: August 7, 2013                    Respectfully submitted,

9                                           CALDWELL LESLIE & PROCTOR, PC

10

11                                          By _____/S/_____

12                                               ROBYN C. CROWTHER
                                              Attorneys for LODGEPOLE INVESTMENTS, LLC

13

14

15

16  DATED: August 7, 2013                    Respectfully submitted,

17

18                                          By _____/S/_____

19                                               MAKSYM CHERNIAVSKYI, managing
                                              member of MONACO DEVELOPMENT, LLC

20  Joint case management statement due September 18, 2013. Defendant shall file their consent form
    or request reassignment NO LATER than September 18, 2013.

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23  DATED: _____August 23, 2013_____   _____

                                              The Honorable Nathanael M. Cousins
24                                            United States District Court Magistrate Judge

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

4834-0436-5333.1
-2-
CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

2          Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence

3   in the filing of this document has been obtained from each of the other signatory to this document.

4

5   DATED: August 7, 2013                        Respectfully submitted,

6                                                CALDWELL LESLIE & PROCTOR, PC

7

8                                                By            /S/
                                                    ROBYN C. CROWTHER
9                                                Attorneys for LODGEPOLE INVESTMENTS, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

4834-0436-5333.1
                                        -3-                              CV 13-00446 NC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE