CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
ARMILLA STALEY-NGOMO, State Bar No. 259686
  *staley-ngomo@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff LODGEPOLE
INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LODGEPOLE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GENNADY BARSKY, an individual; ST. TROPEZ CAPITAL, LLC, a California limited liability company; and MONACO DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 13-00446 NC<br><br>**NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT THE DECEMBER 4, 2013 CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br>The Hon. Nathanael M. Cousins<br><br>CMC Date: December 4, 2013, at 10:00 a.m. |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Counsel for LODGEPOLE INVESTMENTS, LLC hereby requests to appear telephonically at the Case Management Conference currently scheduled for December 4, 2013, at 10:00 a.m.

DATED: December 2, 2013                Respectfully submitted,

                                       CALDWELL LESLIE & PROCTOR, PC


                                       By        /S/
                                          ROBYN C. CROWTHER
                                       Attorneys for LODGEPOLE INVESTMENTS, LLC


                           ORDER

The request to appear telephonically is granted. Counsel shall provide a direct dial number for this appearance and shall be on stand by until called by the Court.

Dated: December 3, 2013

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA